## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

DEBRA KENNEY, et al.           )
              Plaintiffs,   )
                             )
v.                             ) No. CIV-09-239-FHS
                             )
                             )
              Defendants.   )
                             )
ARNOLD TRANSPORTATION SERVICES, INC.,  )
et al.

### JUDGMENT DISMISSING ACTION
### BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

If the parties desire to file closing documents, the same shall be submitted to the court for filing within (30) days from the date of this order.

Dated this 26th day of February, 2010.

                                            Frank H. Seay
                                            United States District Judge