**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DEBRA KENNEY, et al. | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. CIV-09-239-FHS |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ARNOLD TRANSPORTATION SERVICES, INC., | ) |
| et al. | |

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

If the parties desire to file closing documents, the same shall be submitted to the court for filing within (30) days from the date of this order.

Dated this 26th day of February, 2010.


_____
Frank H. Seay
United States District Judge